STATE *v.* SCANLAN and PATTERSON.

to the end that a proper judgment may be entered against him; and in pronouncing judgment, the time already spent by the defendant in confinement under the erroneous sentence, should be taken into account, so that the duration of his imprisonment should not extend beyond ten years from the date of the original sentence.

Let this be certified to the superior court of Wayne that proceedings may be had in the case agreeably to this opinion and the law of the state.

Error.                    Reversed and remanded.

In *State* v. *Scanlan,* from Beaufort:

The solicitor for the state appealed from the judgment of the superior court reversing that of the inferior court, where the prosecution commenced, and awarding a *venire de novo.* It was held that the state has no right of appeal in such case, and the appeal was dismissed—approving the ruling *State* v. *Lane,* 78 N. C., 547; *State* v. *Swepson,* 82 N. C., 541; *State* v. *Padgett, Ib.,* 544; *State* v. *Moore,* 84 N. C., 724, and directing that the decision of the superior court of Beaufort county be certified to the inferior court of that county, to the end that the case may be proceeded with according to law.   Opinion by ASHE, J.

In *State* v. *Patterson,* from Orange:

There being no statement of the case assigning errors, and none appearing on the record, the judgment below was affirmed.